JAMES P. FRANZEN and CHARLES HIME, v. MYRTLE BUCK-HOLTZ, a single woman.

17 So. (2nd) 520                                      January Term, 1944
March 31, 1944                                       Special Division B

*W. C. Kemp* and *Redfearn & Ferrell,* for petitioners.

*L. J. Cushman,* for respondent.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, CHAPMAN and SEBRING, JJ., concur.

CHARLES SAKELE and the AETNA CASUALTY AND SURETY COMPANY of Hartford, Connecticut, v. JOSEPHA KUNERT.

17 So. (2nd) 613                                      January Term, 1944
April 4, 1944                                         Division B
Rehearing Denied May 5, 1944

*Copeland, Therrel & Baisden,* for petitioners.

*J. Harvey Robillard,* for respondent.

PER CURIAM:

Certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.